UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIAM OLLIS, # 101392                   CIVIL ACTION

VERSUS                                    NO. 00-0126

BURL CAIN, WARDEN                         SECTION

                                          SECT. A MAG. 6

<u>ORDER</u>

Considering the application and affidavit to proceed <u>in forma pauperis</u>,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.

☐ the motion is MOOT; the party was previously granted pauper status.

☑ the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons:

_____

New Orleans, Louisiana, this 18th day of January 2000.

UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY    JAN 18 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.