UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM OLLIS** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 00-0126** |
| **BURL CAIN, WARDEN** | **SECTION: A, MAG. 6** |

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT comes the State of Louisiana, through the undersigned special appeal counsel for the District Attorney, Parish of St Tammany, who does respectfully request an extension of time in which to file a brief and to file a certified copy of the record with the court for the following reasons.

1. Respondent's brief is due February 21, 2000.

2. A certified copy of the record is also due on February 21, 2000.

3. Undersigned counsel made an oral and written request to the Clerk of Court for the Parish of St. Tammany requesting the record relevant to the above captioned matter on February 2, 2000. Counsel made another written request on February 4, 2000. As of today the Clerk has not produced such record; however, the Clerk's office has indicated that it is in the process of preparing the record.

4. The State is not aware of any opposition to this motion.

DATE OF ENTRY FEB 2 2 2000

WHEREFORE, respondent respectfully requests an additional thirty days from the original return date to this Court, or until the March 21, 2000, in which to file a response in this matter.

Respectfully submitted,

*/s/ Lawrence Blake Jones*
Lawrence Blake Jones
Bar Roll No. 7495
Special Appeal Counsel to St. Tammany Parish District Attorney
210 Baronne St. 18th Floor
New Orleans, LA 70112
(504) 525-4361

Certificate of Service

I certify that a copy of this Motion for Extension of Time has been served upon petitioner by placing a copy of same in the United States mail, postage prepaid, addressed to:

William Ollis; DOC # 101392; Louisiana State Penitentiary; Angola, LA 70712

This 16th day of February, 2000,

New Orleans, Louisiana.

_____
Lawrence Blake Jones
Special Appeal Counsel to St. Tammany Parish District Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WILLIAM OLLIS**                                CIVIL ACTION

**VERSUS**                                       NO.: 00-0126

**BURL CAIN, WARDEN**                            SECTION: A, MAG. 6

## ORDER

IT IS ORDERED that respondent herein be granted ~~an extension of~~ ~~days;~~ ~~or~~ until the 21st day of MARCH, 2000 in which to file a response in the above captioned matter.

_____
U. S. ~~Judge~~ Magistrate Judge
United States District Court
Eastern District of Louisiana

This 18th day of Feb., 2000

New Orleans, Louisiana.