```
                                            FILED
                                      U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                      2000 JUN -6  P 2: 28

                                       LORETTA G. WHYTE
                                             CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM OLLIS | CIVIL ACTION |
| VERSUS | NO. 00-126 |
| BURL CAIN | SECTION "A" |

### JUDGMENT

Considering the written Order and Reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED, AND DECREED, that the petition of William Ollis for habeas corpus relief is denied with prejudice.

New Orleans, Louisiana, this 6th day of June, 2000.

_____
LORETTA G. WHYTE, CLERK

APPROVED AS TO FORM:

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN - 6 2000