

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| William Ollis DOC #101392 | CIVIL ACTION NO. 00-0126 |
| VERSUS | SECTION "A" (6) |
| BURL CAIN, WARDEN | CHIEF JUDGE Charles Swartz |

### NOTICE OF APPEAL

May it please the Court:

NOW INTO COURT comes William Ollis, relator herein, and notice is hereby given that relator appeals to the Court of Appeals, Fifth Circuit, from a Judgment of the United States District Court, Eastern District of Louisiana, denying relator's application for habeas corpus, 28 U.S.C. § 2254. Judgment was entered in this action on June 1, 2000 by the Honorable Charles Swartz, Chief Judge, United States District Court.

Respectfully submitted this _12_ day of June 2000.

William Ollis, Pro-se Relator
DOC # 101392
Camp F Dorm 2
Louisiana State Penitentiary
Angola, Louisiana 70712