

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

William Ollis #101392                                    CIVIL ACTION

VERSUS                                                   NO. 00-126

Burl Cain                                                SECTION "A"

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirements of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued, the Court having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

☒ a certificate of appealability shall not be issued for the following reason(s):

As set out in the order of dismissal, the petition was dismissed as untimely because it clearly was not filed within the one-year limitation period for habeas applications. 28 U.S.C. § 2241(d). In his application for a certificate of appealability, petitioner has not shown that "jurists of reason would find it debatable whether" the petition was timely. *Slack v. McDaniel*, 120 S.Ct. 1595, 1604 (2000). Therefore, no appeal is warranted. *Ibid.*

Date: June 20, 2000

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 21 2000