U S
Eas

FILED JUN 27 2000

LORETTA G. WHYTE
Clerk

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| William Ollis DOC #101392 | CIVIL ACTION NO. 00-0126 |
| VERSUS | SECTION "A" (6) |
| BURL CAIN, WARDEN | CHIEF JUDGE Charles Swartz |

**Request for Extension of time for
payment of filing fee due to "external impediment"**

May it please the Court:

NOW INTO COURT comes William Ollis, relator herein, to request a 30 day extension of time for payment of the filing fee of the appeal [$105.00] for the reasons to wit:

William Ollis, #101392, Camp F, Dorm 2, LSP, Angola, La. has filed with prison authorities to request that the funds be taken from his "inmate account". Petitioner has no control over the Department of Corrections & their disbursement of these funds except that he is dependent and under their authority as an inmate. Further, petitioner did not receive notice of the payment from the clerk of this court until June 19, 2000 which allowed only three days for payment.

Respectfully submitted,

William Ollis

William Ollis, #101392
Camp F, Dorm 2
Louisiana State Penitentiary
Angola, La. 70712

DATE OF ENTRY
JUL - 5 2000

## ORDER

CONSIDERING THE ABOVE AND FOREGOING it is ordered by the court that William Ollis, #101392 has 30 days from June 22, 2000 to file payment of the $105.00 appeal fee in the above numbered and entitled proceedings with the Clerk of the Eastern District Court

READ, RENDERED, AND SIGNED ON THIS 20th DAY OF _June_, 2000.

AT _New Orleans_, LOUISIANA BY HONORABLE JUDGE _____

X Dktd
X CtRmDep
Doc.No.