

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM OLLIS 101392 | CIVIL ACTION |
| VERSUS | NUMBER: 00-126 |
| BURL CAIN, ET AL | SECTION: A (6) |

### ORDER

Considering the application and affidavit to proceed <u>in forma pauperis</u>,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.

☐ the motion is MOOT; the party was previously granted pauper status.

☑ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

DATE OF ENTRY
JUL 1 3 2000

[✓] the motion is DENIED due to the party's failure to provide this court with the requisite financial information.

[ ] the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: _____

_____

_____

_____

New Orleans, Louisiana, this **12** day of **July**, 2000.

_____
UNITED STATES DISTRICT JUDGE