IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 00-30759
USDC No. 00-CV-126-A

WILLIAM OLLIS,

    Petitioner-Appellant,

versus

BURL CAIN, Warden,
Louisiana State Penitentiary,

    Respondent-Appellee.

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

    William Ollis, Louisiana prisoner # 101392, has applied for a certificate of appealability (COA) to appeal the district court's denial of his 28 U.S.C. § 2254 application, raising issues based on Campbell v. Louisiana, 523 U.S. 392 (1998), as time-barred under 28 U.S.C. § 2244(d). Ollis argues that Campbell applies retroactively to cases on collateral review and that the limitations period of § 2244(d) did not begin until the date of the Campbell decision. Ollis has not shown that jurists of reason would debate the propriety of the district court's ruling. Slack v. McDaniel, 120 S. Ct. 1595, 1604 (2000). Ollis's motion for a COA is DENIED.

RHESA H. BARKSDALE
UNITED STATES CIRCUIT JUDGE